**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 (877) 767-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

# Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business
--------<

Reference Job #37841 when remitting.

# PERSONAL

JANET GAY HOLIDAY vs MERCK & CO., ET AL.,

**Docket/Case Number: 08 CV 01905**
**SUMMONS IN A CIVIL ACTION & JURY TRIAL DEMAND**
**MERCK & CO., INC.**

Completed Personal Service to JOAN DEARBORN,
ADMINISTRATIVE ASSISTANT , Agent in Charge on
March 14, 2008 at 12:27 PM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE
STATION, NJ 08889
by JAMES REAP, Process Server

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 9"** Weight: **140-150 lbs** Age: **50** Other: **glasses**

There is no balance due:    $0.00

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally, nationally, and internationally.

Gary Watson Crowder & DeGaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
205-328-2200

| | |
|---|---|
| JANET GAY HOLIDAY<br><br>V.<br><br>MERCK & CO., ET AL. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 08 CV 01905<br><br>**Affidavit of Service** |

State of New Jersey  
County of Bergen     SS:

I, JAMES REAP being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **March 14, 2008** at **12:27 PM**, deponent served the within named **SUMMONS IN A CIVIL ACTION & JURY TRIAL DEMAND** upon **MERCK & CO., INC.**. Said service was effected at **MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **JOAN DEARBORN** personally. Deponent knew said corporation so served to be the corporation described as **MERCK & CO., INC.** and knew said individual to be the **ADMINISTRATIVE ASSISTANT** thereof, an authorized person to accept service of process.

**JOAN DEARBORN** is described to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin Color: **White**  Hair: **Brown**  Age(Approx): **50**  Ht.(Approx): **5' 9"**  Wt.(Approx): **140-150 lbs**  Other: **glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on March 17, 2008

DONNA JEAN ARCIUOLO  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires 11/27/12

JAMES REAP, Process Server  
Callahan Lawyers Service  
50 Main Street  
P.O. Box 632  
Hackensack, NJ 07602  
(201) 489-2245 (877) 767-2245 , (201) 489-8093 (Fax)

CLS # 37841